IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-51095

Summary Calendar

_____

JAMIE ADAN BALLESTEROS,

Plaintiff-Appellant,

versus

TEXAS DEPARTMENT OF PUBLIC SAFETY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(A-99-CV-158)

_____

April 2, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

In this Title VII retaliation case, Jaime Adan Ballesteros
appeals from a grant of summary judgment against him. Ballesteros
claims that he was investigated on corruption charges in
retaliation for his refusal to fire a secretary that had submitted
a sexual harassment claim. The district court found that
Ballesteros had not demonstrated a causal connection between his
refusal to fire the secretary and the subsequent investigation; and
further that substantial evidence supported Ballesteros's

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

termination.  Having reviewed the case, we are persuaded that the district court was correct to so hold.

AFFIRMED.